IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

RECEIVED
FEB 1 0 2025
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

_Queen Charlotte Franklin_
(Enter Above the Name of the Plaintiff in this Action)

1:25CV082

vs.

_Crystine W. Daniels et al_
(Enter above the name of the Defendant in this Action)

J. McFARLAND
M.J. LITKOVITZ

If there are additional Defendants, please list them:

_Peter Patton_
_Colerain Township Police_
_T. Hill - Officer_
_Peter Raft Smith_

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

_Queen Charlotte L. Franklin_
Name - Full Name Please - PRINT

_1574 Pleasant Run Dr. #3_
Street Address

_Cincinnati, OH. 45240_
City, State and Zip Code

_513-466-4906_
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. ERNESTINE H. DANIELS
   Name - Full Name Please
   X623 Powers Street - Cinti, OH. 45223
   Address: Street, City, State and Zip Code

2. [illegible handwriting]
   1000 Sycamore St. - Cinti, OH. 45202

3. [illegible handwriting]
   8200 Springdale Rd. - Cinti, OH. 45251

4. [illegible handwriting]
   1000 Sycamore St. - Cinti, OH. 45202

5. [illegible handwriting]
   1000 Sycamore St. 45202

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

[X] Title 28 U.S.C. § 1343(3)
    [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

[X] Title 28 U.S.C. § 1331
    [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

[X] Title 28 U.S.C. § 1332(a)(1)
    [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

[X] Title _____ United States Code, Section _____
    [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

My Mother had me probated Dec. 26, 75. She didn't want me nearer the Heavenly Father or God Jesus deem it was irrelevant. She knew God love me and Jesus. She had many people out to get rid of me. There were some other friends who set out to help to get my life along with others and husbands. This is only a ping and pong. The Father asked what I do, and where I am. I have to be obedient to him. The white officer at Colerain Township, told my spiritual mother, she was going to see that I went to prison, for they would take my life.

Respectfully yours,
In God, Jesus am still here!

Queen Mother Carlotta

-3-

Case: 1:25-cv-00082-MWM-KLL Doc #: 4 Filed: 03/10/25 Page: 4 of 4 PAGEID #: 24

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: <u>John Smith</u> vs. <u>Jane Doe</u>).

<u>Case Number</u>        <u>Caption</u>

_____    _____ vs. _____

_____    _____ vs. _____

_____    _____ vs. _____

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

*Praise the Lord & ask for Billions,*

I state under penalty of perjury that the foregoing is true and correct. Executed on this ___ day of Feb. , 20 25 .

*Queen Charlotte [signature]*
Signature of Plaintiff

-4-