IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| QUEEN CHARLOTTE FRANKLIN, | : | Case No. 1:25-cv-82 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| vs. | : | |
| ERNESTINE A. DANIELS, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 5)

This action is before the Court upon the Report and Recommendation (the "Report") (Doc. 5) of United States Magistrate Judge Karen L. Litkovitz, to whom this case is referred pursuant to 28 U.S.C. § 636(b). In the Report, the Magistrate Judge recommends that the Court dismiss the action. Plaintiff filed Objections (Doc. 8) to the Report. The Defendant provided no response.

In the Report, the Magistrate Judge asserts that Plaintiff has failed to state a claim with an arguable basis in law over which this Court has subject matter jurisdiction. (Report, Doc. 5, Pg. ID 28.) Furthermore, the Report states that Plaintiff's Complaint provides no factual basis from which the Court may infer that any of the named Defendants violated Plaintiff's rights. (*Id.*) Indeed, in her Complaint, Plaintiff seeks "7 Billions" and makes incomprehensible statements regarding her mother and "many people out to get rid of [her]." (Compl., Doc. 1-1, Pg. ID 6-7.) Thus, the Report recommends that the Complaint should be dismissed as frivolous and for failure to state

a claim with an arguable basis in law over which this court has subject matter jurisdiction. (Report, Doc. 5, Pg. ID 28-29.)

Plaintiff filed Objections to the Report, which, like the Complaint, are difficult to decipher. From the Court's best reading, Plaintiff seems to claim that Defendants Patton, Hill, and Smith were involved in some sort of conspiracy that involved falsely investigating Plaintiff. (Objections, Doc. 8, Pg. ID 37.) There also seem to be additional allegations about deceased individuals. (*Id.* at Pg. ID 38.) The claims in her Objections do nothing to refute the Report's finding that Plaintiff failed to state a claim with an arguable basis in law. In fact, there is seemingly little connection between the claims in her Complaint and those in her Objections. If anything, the Objections provide additional evidence of Plaintiff's frivolous litigation activities. The Objections, therefore, are not well-taken.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. Upon said review, the Court **ORDERS** the following:

1. Plaintiff's Objections are **OVERRULED**;
2. Plaintiff's Complaint (Doc. 5) is **DISMISSED WITH PREJUDICE**;
3. This case shall be **TERMINATED** on the Court's docket;
4. Plaintiff is hereby **FORMALLY WARNED** that she is highly likely to be deemed a vexatious litigator and made subject to prefiling limitations if she persists in filing additional cases that are factually and legally frivolous or fail to state a claim for relief under screening standards; and

5. The Court **CERTIFIES** pursuant to 28 U.S.C. § 1915(a) that, for the foregoing reasons, an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal *in forma pauperis*.

**IT IS SO ORDERED.**

By: *[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
MATTHEW W. McFARLAND
UNITED STATES DISTRICT JUDGE