# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION – CINCINNATI

| | |
|---|---|
| QUEEN CHARLOTTE FRANKLIN, | : Case No. 1:25-cv-82 |
| Plaintiff, | : Judge Matthew W. McFarland |
| v. | : |
| ERNESTINE A. DANIELS, et al., | : |
| Defendants. | : |

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

1. Plaintiffs Objections are OVERRULED;
2. Plaintiffs Complaint (Doc. 5) is DISMISSED WITH PREJUDICE;
3. This case shall be TERMINATED on the Court's docket;
4. Plaintiff is hereby FORMALLY WARNED that she is highly likely to be deemed a vexatious litigator and made subject to prefiling limitations if she persists in filing additional cases that are factually and legally frivolous or fail to state a claim for relief under screening standards; and
5. The Court CERTIFIES pursuant to 28 U. S.C. § 1915(a) that/ for the foregoing reasons/ an appeal of this Order would not be taken in good faith and therefore Plaintiff is denied leave to appeal in forma pauperis.

Dated:  March 26, 2025.                                         Richard W. Nagel, Clerk of Court
                                                                                      By: */s/ Kellie A. Fields*
                                                                                              Deputy Clerk